UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | |
| GOOGLE INC. | |
| and | |
| ITA SOFTWARE, INC. | |
| Defendants. | |

**PLAINTIFF UNITED STATES'**
**EXPLANATION OF CONSENT DECREE PROCEDURES**

Plaintiff United States of America ("United States") submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

1.   Today, the United States has filed a Complaint, Stipulation and Order, proposed Final Judgment, and Competitive Impact Statement related to the proposed Final Judgment. The parties have agreed that the Court may enter the proposed Final Judgment following compliance with the APPA.

2.   The APPA requires that the United States publish the proposed Final Judgment and Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposal Final Judgment and the Competitive Impact Statement in certain

newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division (*see* 15 U.S.C. § 16(b)-(c)).

3. During the sixty-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the *Federal Register*.

4. After the expiration of the sixty-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by paragraph 3 of the Stipulation, *see* 15 U.S.C. § 16(d)).

5. If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)-(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: April 8, 2011

FOR PLAINTIFF
UNITED STATES OF AMERICA

_____
Aaron D. Hoag
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 307-6153
Fax: (202) 616-8544
Email: aaron.hoag@usdoj.gov

## CERTIFICATE OF SERVICE

I, Aaron Hoag, hereby certify that on April 8, 2011, I caused a copy of the Plaintiff United States' Explanation of Consent Decree Procedures to be served on defendants Google Inc. and ITA Software, Inc. by mailing the document via email to the duly authorized legal representatives of the defendants, as follows:

For Google:

John D. Harkrider
Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, NY 10036
Email: jdh@avhlaw.com

For ITA:

Michele Sasse Harrington
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Email: michele.harrington@hoganlovells.com

FOR PLAINTIFF
UNITED STATES OF AMERICA

Aaron D. Hoag
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 307-6153
Fax: (202) 616-8544
Email: aaron.hoag@usdoj.gov