# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMEICA

        Plaintiff          Civil No.      11-0688 (RLW)

vs.

GOOGLE INC.                     Category    A

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Apr 8, 2011 from Judge Ellen S. Huvelle to Judge Robert L. Wilkins by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Ellen S. Huvelle        & Courtroom Deputy

Judge Robert L. Wilkins        & Courtroom Deputy
Liaison, Calendar and Case Management Committee